IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
_____ DIVISION

FILED
2012 OCT 12 PM 1:19
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

Linda S. Brown
1515 Monticello Ave
Madison, Tn. 37115
**Name of Plaintiff**

v.

Cape Enviromental Management
Cape, Inc.
205 A Industrial Parkway
Saraland, Al. 36571
**Name of Defendant(s)**

Case No. _____
(To be assigned by Clerk)

Jury Demand ☐ Yes ☐ No

## COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination. Jurisdiction is specifically conferred upon the Court by 42 U.S.C. § 2000e-5, or, if the Plaintiff is a federal employee, by 42 U.S.C. § 2000e-16. Relief is sought under 42 U.S.C. § 2000e-5(g) and/or 42 U.S.C. § 1981a(b).

2. Plaintiff, Linda S. Brown, is a citizen of the United States and resides at

   1515 Monticello Ave, Madison,
   Street address                City

   Davidson, Tn., 37115, 615-405-5106
   County     State   Zip Code   Telephone Number

3. Defendant, Cape Enviromental Management Cape Inc. resides at, or its business is located at

   205 A Industrial Parkway, Saraland,
   Street address                    City

   ~~[illegible]~~, ~~[illegible]~~ Al. 36571
   County              State     Zip Code

(If more than one Defendant, list the name and address of each additional Defendant)

~~[scribbled out]~~

4. Plaintiff sought employment from the Defendant or was employed by the Defendant at

project site

__Motiva Enterprises__  __Centenial Blvd Nashville__,
Street address                              City

__Davidson__, __Tn.__, _____.
County          State        Zip Code

5. Defendant discriminated against Plaintiff in the manner indicated in paragraphs 8 and 9 of this Complaint on or about __September, Oct. 0__ _____ __2010__.
   started  Month           Day,        Year
   to present date, in different States

6. Plaintiff filed charges against the Defendant with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission charging the Defendant with the acts of discrimination indicated in paragraphs 8 and 9 of this Complaint on or about __Oct.__ __24__ __2011__.
   Month    Day    Year

7. The Equal Employment Opportunity Commission or the United States Department of Justice issued a Notice of Right to Sue which was received by Plaintiff on __August__
   Month
   __3__ __2012__, a copy of which Notice is attached.
   Day  Year

8. Because of Plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ religion, (5) _____ national origin, the Defendant:

   Could not conclude. I have documentation to the age, sex, pay, retailiation. (But right to Sue)

a. _____ failed to employ Plaintiff.

b. _____ terminated Plaintiff's employment.

c. ✓ failed to promote Plaintiff. / Training

d. ✓ retaliated against Plaintiff for having filed a charge of discrimination.

e. ✓ other. Explain: discriminated against on the basis of my age/sex/female, and retaliated for making complaints discrimination Age Act of 1967 as amended, and Title VII of the Civil rights Act of 1964 as Amended, Lilly Ledbetter Act, Safety issues Retaliated against cuts in per diem and workins / unsafe working Environment

9. The circumstances under which Defendant discriminated against Plaintiff were as follows: filing with EEOC mentioning discrimination in Sept. 2010 + beginning Oct. 2010 filed Oct 2011

7 different States
no merit
no seniority

pay, failed equal pay with Jobs, hired younger less expirence males on labor pay, firewatch, holewatch positions, also Training and promotion denied, Employer is a federal Contractor makes employees work off Clock, denied Benefits, males receiving, 7 different States ongoing Discrimination Safety issues retaliation, lack of training, pay because I am female!!

(You may use additional paper, if necessary.)

10. The acts set forth in paragraph 8 of this Complaint:

   a. ✓ are still being committed by Defendant. Safety Issues on Jobsites also

   b. _____ are no longer being committed by Defendant.

   c. _____ may still be being committed by Defendant.

11. Plaintiff attaches to this Complaint a copy of the charges filed with the Tennessee Human Rights Commission or the Equal Employment Opportunity Commission, which charges are submitted as a brief statement of the facts supporting this Complaint.

**WHEREFORE**, Plaintiff prays that the Court grant the following relief:

a. _____ direct that Defendant employ Plaintiff, or

b. _____ direct that Defendant re-employ Plaintiff, or

c. _____ direct that Defendant promote Plaintiff, or

d. \_\_✓\_\_ order other equitable or injunctive relief: *Stop discrimination*
_____.

e. \_\_✓\_\_ direct that Defendant pay Plaintiff back pay in the amount of _____ and interest on back pay;

f. \_\_✓\_\_ direct that Defendant pay Plaintiff compensatory damages: Specify the amount and basis for compensatory damages: _____.

g. \_\_✓\_\_ direct that Defendant pay Plaintiff punitive damages in the amount of _____ because Defendant engaged in a discriminatory practice or practices with malice or with reckless indifference to Plaintiff's federally protected rights, as described in paragraphs 8 and 9 above; and that the Court grant such other relief as may be appropriate, including costs and attorney's fees.

_____
(Signature of Plaintiff)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 494-2012-00121 |
| | | and EEOC |

State or local Agency, if any

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Ms. Linda S. Brown | (615) 405-5106 | 05-26-1963 |

Street Address: 1515 Monticello Avenue, Madison, TN 37115

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| CAPE, INC. | 201 - 500 | (251) 675-7310 |

Street Address: 205A Industrial Parkway, Saraland, AL 36571

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☒ AGE ☐ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 03-01-2011    Latest: 10-24-2011
☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a 48 year old female. I have been employed by the Respondent since approximately August 25, 2010 in a variety of positions including Hole Watch, Labor, and Fire Watch positions. I have been assigned to several different sites in different states throughout my employment. In approximately March, 2011, I learned that I was being paid less than the 2 younger men on my job site performing the same Hydro Labor duties. This disparity in pay has been continuous at different sites and different jobs. I have complained repeatedly but the disparity has not been corrected. I have also never been sent to government contract jobs which pay more, never sent to the shop, not trained in other positions, and not allowed to drive a company truck. In retaliation for my complaints, I have been denied mileage and per diem pay.

I believe that I have been discriminated against on the basis of my age/48, sex/female, and retaliated against for making complaints, in violation of the Age Discrimination in Employment Act of 1967, as amended, and Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Oct 24, 2011
Charging Party Signature: /s/ Linda S. Brown

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

[Stamp: EMPLOYMENT OPPORTUNITY RECEIVED OCT 24 2011 NASHVILLE, TENN.]

Case 3:12-cv-01048   Document 1   Filed 10/12/12   Page 5 of 6 PageID #: 5

| EEOC Form 161 (11/09) | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

| To: | Linda S. Brown<br>1515 Monticello Avenue<br>Madison, TN 37115 | From: | Birmingham District Office<br>Ridge Park Place<br>1130 22nd Street<br>Birmingham, AL 35205 |
|---|---|---|---|

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 494-2012-00121 | Arthur L. Sanders, Investigator | (205) 212-2058 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_Delner Franklin-Thomas,_
District Director

AUG - 3 2012
(Date Mailed)

Enclosures(s)

cc: CAPE, INC.
c/o Kimberly Q. Cacheris, Esquire
McGuire & Woods
201 North Tryon Street
Charlotte, NC 28202