UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE


| | | |
|---|---|---|
| Linda S. Brown | ) | |
| | ) | |
| v. | ) | No. 3:12-CV-1048 |
| | ) | JUDGE SHARP |
| Cape Environmental Management Cape, Inc. | ) | |
| | ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 10/15/2013.

      KEITH THROCKMORTON, CLERK
      s/Dalaina Thompson, Deputy Clerk